United States District Court
Southern District of Texas

**ENTERED**

March 31, 2026

Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| MARIO ANTONIO MARTINEZ-MENDEZ, Petitioner, | § § § § § | CIVIL ACTION NUMBER 4:26-cv-00961 |
| versus | § § § | JUDGE CHARLES ESKRIDGE |
| MARTIN FRINK, *et al*, Respondents. | § § | |

### ORDER ON DISMISSAL

Petitioner Mario Antonio Martinez-Mendez filed a petition for writ of *habeas corpus* under 28 USC §2241 on February 6, 2026. Dkt 1. He acknowledges illegal entry into the United States at a prior date but nonetheless asserts that his present detention violates (i) the Due Process Clause of the Fifth Amendment, (ii) the Administrative Procedure Act, and (iii) the Immigration and Nationality Act as interpreted by the Central District of California in *Bautista v Santacruz*, 2025 WL 3713987 (CD Cal). Id at ¶¶11, 47–63.

Prior order noted the Fifth Circuit's decision in *Buenrostro-Mendez v Bondi*, 166 F4th 494, 502–08 (5th Cir 2026), interpreting 8 USC §1225(b)(2)(A) to subject anyone present in the United States without legal admission to mandatory detention as an "applicant for admission" deemed to be "seeking admission." See Dkt 3 at 1–2; see also *Herrera Avila v Bondi*, 2026 WL 819258 (8th Cir) (holding to same effect as *Buenrostro-Mendez*). That order also conveyed a number of previous decisions by the undersigned resolving several closely related issues. See Dkt 3 at 2–4.

It was determined that the arguments presented in the petition raised only issues resolved in those decisions. But Petitioner was granted an opportunity to specify individual circumstances or additional arguments supporting a different result. Id at 4–5.

Pending now is a response by Petitioner to that order. Dkt 5. He largely restates arguments against the construction of §§1225 and 1226 adopted in *Buenrostro-Mendez* and arguments under *Bautista* already rejected in prior order. See id at 2–10; see also Dkt 3 at 3–4 (rejecting arguments under *Bautista*). Even if Petitioner's textual arguments had merit, district courts in this Circuit are bound by the decision in *Buenrostro-Mendez*. As to *Bautista*, such arguments are rejected for the reasons stated in prior order. See Dkt 3 at 3–4. It is further noted that the Ninth Circuit has stayed the district court's decision as to any effect beyond the Central District of California. See *Bautista v Department of Homeland Security*, 26-1044 (9th Cir), Dkt 5.

The response otherwise fails to present argument or individualized circumstances supporting a different result than reached in prior decisions upon presentation of the same issues. See Dkt 3 at 2–4.

The petition for writ of *habeas corpus* by Petitioner Mario Antonio Martinez-Mendez is DISMISSED WITH PREJUDICE. Dkt 1.

A final judgment will enter separately.

SO ORDERED.

Signed on March 31, 2026, at Houston, Texas.

_____
Honorable Charles Eskridge
United States District Judge

2